

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-14-00670-CR

Simon Rene **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10101
Honorable Mary D. Roman, Judge Presiding

## O R D E R

The State's brief was originally due to be filed with this court on May 20, 2015. We granted the State's first motion for an extension of time to file the brief until June 19, 2015. On June 19, 2015, the State filed its second motion for extension of time to file its brief. It requested a thirty-day extension for a total extension of sixty days.

The State's motion is GRANTED. The State's brief must be filed with this court not later than July 20, 2015. **NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court